UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEXIS DAVID BELLORIN UMANZOR,<br><br>                Plaintiff,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Defendant. | CASE NO. C20-0687JLR<br><br>ORDER GRANTING MOTION TO DISMISS AS MOOT |

On November 2, 2020, Magistrate Judge Mary A. Theiler recommended that the court grant in part and deny in part Petitioner Nexis David Bellorin Umanzor's immigration habeas petition. (Report and Recommendation (Dkt. # 11).) Specifically, Magistrate Judge Theiler recommended that the court deny Petitioner's request to obtain release and grant him a bond hearing. (*Id.*) On December 2, 2020, Petitioner was released from Department of Homeland Security ("DHS") custody. (*See* MTD (Dkt.

ORDER - 1

# 15), Ex. 1 ("Order of Release").) Defendant ICE Field Office Director ("the Government") now moves to dismiss this action as moot. (*Id.*)

The court agrees that Petitioner's claim is moot. Petitioner has received the relief sought by his habeas petition. (Pet. (Dkt. # 5) at 2 (requesting that Petitioner be released on supervised release or, in the alternative, be granted a bond hearing).) The court finds that no exceptions to mootness apply. Petitioner does not challenge any collateral consequences of his detention. (*See generally* Pet.) There is no reason to believe that if DHS were to detain Petitioner again, any alleged violations would evade review. Finally, while this is a voluntary cessation on the part of the Government, there is no "reasonable expectation that the alleged wrong will be repeated." *See Sze v. INS*, 153 F.3d 1005, 1008 (9th Cir. 1998). While Petitioner's order of supervision contains conditions that may end his supervised release, such as the commission of crimes or failure to assist immigration authorities in obtaining necessary travel documents (*see* Order of Release at 3), there is no reasonable expectation that Petitioner will be detained again.

For the foregoing reasons the court GRANTS the Government's motion to dismiss as moot (Dkt. # 15) and DIRECTS the Clerk to strike the pending objections to the Report and Recommendation (Dkt. # 12).

Dated this 1st day of February, 2021.

JAMES L. ROBART
United States District Judge